UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                                      HON. Laurie J. Michelson
                                      Case No. 4:19-cr-20798

vs.

RAJON JAMISON,

        Defendant.
_____/

ANN NEE
U.S. Department of Justice
600 Church Street
Suite 210
Flint, MI 48502
(810) 766-5032
Email: ann.nee@usdoj.gov

STEFANIE LAMBERT JUNTTILA
Attorney for Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: attorneystefanielambert@gmail.com

SANFORD SCHULMAN
Attorney for Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: saschulman@comcast.net

<u>DEFENDANT RAJON JAMISON'S EMERGENCY MOTION TO ATTEND FAMILY FUNERAL</u>

Defendant, RAJON JAMISON, ("Defendant'), by and through his attorneys, STEFANIE LAMBERT JUNTTILA, and SANFORD SCHULMAN, move this Honorable Court to allow Defendant Jamison to attend the funeral of his fiancés father, John David Potter, on Saturday, August 7, 2021, for the following reasons:

1. Defendant, Rajon Jamison, was charged with Possession of Firearms by a Prohibited Person in violation of 18 U.S.C. §§922(g)(1) and 924(e).

2. Defendant, Rajon Jamison, consented to detention on December 20, 2019.

3. Defendant, Rajon Jamison, is engaged to be married to Jasmine Major, and they have a two-year-old child in common, Heavenly Mae Major.

4. Heavenly Mae Major was born prematurely and had and continues to have medical complications as a result of atrial septal defect.

5. Jasmine Major is the daughter of John David Potter, and her family will attend his funeral on Saturday, August 7, 2021. (Exhibit 1).

6. Jasmine Major would like the emotional support of her fiancé while she grieves the loss of her father as well as Mr. Jamison's support and help to care for their daughter during this difficult time.

7. The Celebration of Life will take place at the Lee Chapel Saturday, August 7, 2021, at 4pm and Mr. Potter in Norton Shores, Michigan.

8. Defendant, Rajon Jamison, respectfully requests to be released on August 6, 2021, through August 13, 2021, on GSP tether to attend the Celebration of Life for Mr. Potter, and support his fiancé and daughter through this difficult time.

9. Defendant sought concurrence in compliance with local court rules, and the U.S. Department of Justice declines to consent to Rajon Jamison's temporary release.

WHEREFORE, Defendant respectfully requests that this Court enter an Order allowing Defendant to be released on GPS tether from August 6, 2021, to August 13, 2021.

                                              Respectfully submitted,

                                              /s/<u>STEFANIE LAMBERT JUNTTILA</u>
                                              Stefanie Lambert Junttila, P71303
                                                  RAJON JAMISON
                                              500 Griswold Street, Ste. 2340
                                            Detroit, MI 48226
                                            (313) 963-4740

Date: August 6, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                                        HON. Laurie J. Michelson
                                        Case No. 4:19-cr-20798

vs.

RAJON JAMISON,

        Defendant.
_____/

ANN NEE
U.S. Department of Justice
600 Church Street
Suite 210
Flint, MI 48502
(810) 766-5032
Email: ann.nee@usdoj.gov

STEFANIE LAMBERT JUNTTILA
Attorney for Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: attorneystefanielambert@gmail.com

SANFORD SCHULMAN
Attorney for Defendant
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
Email: saschulman@comcast.net

BRIEF IN SUPPORT OF RAJON JAMISON'S EMERGENCY MOTION TO ATTEND FAMILY FUNERAL

Defendant, RAJON JAMISON, ("Defendant'), by and through his attorneys, STEFANIE LAMBERT JUNTTILA, and SANFORD SCHULMAN, move this Honorable Court to allow Defendant Jamison to attend the funeral of his fiancés father, John David Potter, on Saturday, August 7, 2021, for the following reasons:

Defendant is charged with Possession of Firearms by a Prohibited Person in violation of 18 U.S.C. §§922(g)(1) and 924(e). and is currently held at the Clare County Jail in Harrison, Michigan.

Defendant is engaged to be married to Jasmine Minor, and has a child in common, Heavenly Mae Minor. Heavenly Minor was born prematurely and continues to have medical needs as a result of a heart defect.

Defendant's finance's father, John Potter, recently passed away, and his Celebration of Life will be held on Saturday, August 7, 2021, at 4 p.m. in Norton Shores, Michigan. Ms. Minor has been caring for their daughter, Heavenly Mae, while she is grieving the loss of her father. Defendant Jamison would like to support her emotionally, as well as care for two-year-old Heavenly Mae during this difficult time for their family.

Defendant would like to attend the Celebration of Life of Mr. Potter with his fiancé and daughter and provide support to his family during this difficult time.

WHEREFORE, Defendant respectfully requests that this Court release him on a GPS tether from August 6, 2021, to August 13, 2021, to attend his fiancés

father's funeral with his family.

Respectfully submitted,

/s/STEFANIE LAMBERT JUNTTILA
Stefanie Lambert Junttila, P71303
RAJON JAMISON
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740

Date: August 6, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to Assistant United States Attorney Ann Nee.

/s/STEFANIE LAMBERT JUNTTILA
Stefanie Lambert Junttila, P71303
RAJON JAMISON
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740

Date: August 6, 2021