UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                  Plaintiff,

v.                                                    Case No. 4:19–cr–20798–LJM–MJH
                                                     Hon. Laurie J. Michelson

Rajon Jamison,

                  Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Rajon Jamison

The defendant(s) shall appear before District Judge Laurie J. Michelson at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan, for the following proceeding(s):

- SENTENCING:  July 27, 2022 at 11:00 AM

**ADDITIONAL INFORMATION:**  Sentencing Memoranda due 7/20/2022

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/Erica L Parkin
                                                           Case Manager

Dated:  March 17, 2022