UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

Plaintiff(s),

v.

RAJON JAMISON

Defendant(s).
_____/

Case No. 19-cr-20798

Laurie J. Michelson

## NOTICE OF APPEAL

Notice is hereby given that RAJON JAMISON appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on September 19, 2022.

Date: September 20, 2022

Counsel is: RETAINED

/s/ Sanford A. Schulman

SANFORD A. SCHULMAN
Attorney for Defendant: RAJON JAMISON
500 Griswold Street, Suite 2340
Detroit, MI 48226
(313) 963-4740
Email: saschulman@comcast.net

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.