UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAJON JAMISON,<br><br>Defendant. | Case No. 19-cr-20798<br>Honorable Laurie J. Michelson |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND [111]**

Defendant Rajon Jamison filed a motion for compassionate relief under the First Step Act. (ECF No. 103.) The Government filed a response brief in opposition. (ECF No. 108.) Jamison now asks the Court for an extension of time to respond to the Government's brief. (ECF No. 111.) The motion provides good cause for the requested extension. Thus, Defendant's motion is GRANTED and he shall have until August 25, 2026, to respond.

IT IS SO ORDERED.

Dated: August 10, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE